**PRISONER CASE**

MHL

#3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

**Plaintiff(s):** DETERTORING SANDERS  **Defendant(s):** DETECTIVE CRUZ, etc., et al.

**County of Residence:** COOK  **County of Residence:**

**Plaintiff's Address:**  **Defendant's Attorney:**

Detertoring Sanders
#2008-0003629
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

FILED
6-9-2008
JUN - 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

08CV3318
JUDGE LINDBERG
MAG. JUDGE ASHMAN

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner civil rights

**Cause of Action:** 42:1983pr

**Jury Demand:** ☐ Yes  ☑ No

**Signature:** A. E. Woodham  **Date:** 06/09/2008