UNITED STATES DISTRICT COURT FOR THE
NORTHER DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

FILED
MHW
JUN 9 2008 aew
6-9-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Detertoring Sanders
_____Plaintiff_____

v.

08CV3318
JUDGE LINDBERG
MAG. JUDGE ASHMAN

Chicago Police Department
_____Defendant(s)_____

Whenever ___ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, Detertoring Sanders, declare that I am the ✓ plaintiff ___ petitioner ___ movant (other C-PO d) in the above-entitled case. This affidavit constitutes my application to proceed without full prepayment of fees, or in support of my motion for appointment of counsel, or both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the compliant/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ✓ Yes     ___ No     (If "No", go to Question 2)
   I.D. # 2008-003629     Name of prison or jail: Cook County Jail
   Do you receive any payment from the institution?     ___ Yes     ✓ No     Monthly amount: _____

2. Are you currently employed?     ___ Yes     ✓ No
   Monthly salary or wages: _____
   Name and address of employer: _____

   a. If the answer is "No":
      Date of last employment: 11-1-07
      Monthly salary or wages: $3500.00
      Name and address of last employer: PPRF Transporten
      6836 W 63rd Summit, Ill
   b. Are you married?     ___ Yes     ✓ No
      Spouse's monthly salary or wages: _____
      Names and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months, have you or anyone else living at the same address received more than $200 from and of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.
   a. Salary or wages     ___ Yes     ✗ No
      Amount _____     Received by _____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 05-29-08

_Detertoring Sanders_
Signature of Applicant

DETERTORing SANDERS
Print Name

**NOTICE TO PRISONERS:** <u>A prisoner must also attach a statement certified by the appropriate instutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts.</u> Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account—prepared by <u>each institution</u> where you have been in custody during that six-month period—and you must also have the Certificate below completed by an authorized officer at each institution.

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D. # _____, Has the sum of $_____ on account to his/her credit at (name of institution) _____. I furhter certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months, the applicant's average monthly deposit was $_____. (<u>Add</u> all deposits from all sources and then <u>divide</u> by number of months.)

_____
Date

_____
Signature of Authorized Officer

_____
Print Name

3



**TRANSACTION REPORT**
Print Date: 06/04/2008

Inmate Name: SANDERS, DETERTORING　　　Balance: $0.03
Inmate Number: 20080003629
Inmate DOB: 3/17/1976

| Stamp | Transaction | Amount | Balance |
|---|---|---|---|
| 05/22/2008 | ORDER DEBIT | -0.28 | 0.03 |
| 05/17/2008 | RETURN CREDIT | 0.17 | 0.31 |
| 05/15/2008 | ORDER DEBIT | -0.17 | 0.14 |
| 05/08/2008 | ORDER DEBIT | -30.01 | 0.31 |
| 05/07/2008 | CREDIT | 30.00 | 30.32 |
| 04/30/2008 | ORDER DEBIT | -9.69 | 0.32 |
| 04/24/2008 | ORDER DEBIT | -6.22 | 10.01 |
| 04/21/2008 | CREDIT | 10.00 | 16.23 |
| 04/16/2008 | ORDER DEBIT | -54.03 | 6.23 |
| 04/10/2008 | CREDIT | 30.00 | 60.26 |
| 04/08/2008 | CREDIT | 30.00 | 30.26 |
| 04/03/2008 | ORDER DEBIT | -9.96 | 0.26 |
| 03/27/2008 | CREDIT | 10.00 | 10.22 |
| 03/19/2008 | ORDER DEBIT | -27.90 | 0.22 |
| 03/13/2008 | CREDIT | 25.00 | 28.12 |
| 03/12/2008 | ORDER DEBIT | -57.00 | 3.12 |
| 03/11/2008 | CREDIT | 30.00 | 60.12 |
| 03/06/2008 | CREDIT | 30.00 | 30.12 |
| 02/27/2008 | ORDER DEBIT | -0.43 | 0.12 |
| 02/21/2008 | ORDER DEBIT | -24.53 | 0.55 |
| 02/08/2008 | CREDIT | 25.00 | 25.08 |
| 01/30/2008 | ORDER DEBIT | -0.78 | 0.08 |
| 01/23/2008 | ORDER DEBIT | -29.14 | 0.86 |
| 01/23/2008 | CREDIT | 30.00 | 30.00 |

© 2004 ARAMARK Corporation. All Rights Reserved