08 C 3318 (Judge Lindberg)

**EXHIBITS** from plaintiff

FILED

JUN 2 6 2008 cew
JUN 26 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**DOROTHY BROWN**
CLERK OF THE CIRCUIT COURT



Richard J. Daley Center
Room 1001
Chicago, Illinois 60602
(312) 603-5030
FAX (312) 603-4557
www.cookcountyclerkofcourt.org

## OFFICE OF THE CLERK OF THE CIRCUIT COURT OF COOK COUNTY

CASE #
08C3318
I-0 2008-0003629

February 14, 2008

Peter Toring Sanders
I.D. 20080003629
Post Office Box 089002
Div 2 Dorm 3GG
Chicago, Illinois 60608

Dear Mr. Sanders:

I am in receipt of your letter dated February 5, 2008 regarding an officer and a judge in the 51st Courthouse, Branch 48 conduct in courtroom practices.

The Clerk of the Circuit Court of Cook County does not have any jurisdiction over City of Chicago Police or Cook County Sheriff officers. I have included contact information for both, where you can address your concerns.

**Jody Weis**
**Superintendent**
**Chicago Police Department**
**3510 S. Michigan Avenue, 5th Floor**
**Chicago, Illinois 60653**
Tel: (312) 746-6000

**Honorable Thomas J. Dart**
**Cook County Sheriff**
**Cook County Sheriff's Office**
**Richard J. Daley Center, Suite 704**
**Chicago, Illinois 60602**
Tel: (312) 603-6444

Regarding your complaint against a judge you may contact the Honorable Timothy Evans at:

**Honorable Timothy Evans**
**Chief Judge**
**Circuit Court of Cook County**
**2600 Richard J. Daley Center**
**Chicago, Illinois 60602**
Tel: (312) 603-6000

CASE
# 08C3318
I-D 2008-0003629

Mr. Peter Toring Sanders
Page 2
February 14, 2008

Though I sympathize with your situation the Clerk of the Circuit Court is the keeper of
the court records. If there is anything in this parameter that my Office can help with, we
will be happy to assist.

The Clerk of the Circuit Court of Cook County aims to assist customers in a professional,
efficient and timely manner. Great customer service is our priority

If you have any questions, I can be contacted at (312) 603-5071.

Sincerely,

Dorothy Brown
Clerk of the Circuit Court of Cook County

Cc:  Honorable Timothy Evans, Chief Judge, Circuit Court of Cook County
     Honorable Thomas J. Dart, Cook County Sheriff
     Jody Weis, Superintendent, Chicago Police Department

DB:lr

DATE 02-05-08
TIME 3:22 P.M
TUES DAY

CASE # 08C3318

DEAR: DORTHY BROWN CLERK OF THE CIRCUIT COURTS. I·D·2008·0003629 FOR ME WRITE THESE LETTER IS BECAUSE ONE OF YOU'RE DEPUTY TOID ME & ABOUT SIXTEEN OTHER INMATE A FALSE LIE. STATEing SOME Things THAT A STATE JUDGE ~~Don't~~ ~~SAY~~ DiDN'T SAY over AT 51st COURTS HOUSE BRANCH 48 WE ARRIVE AT COURT LATE it WAS ABOUT 36 INMATES TO SEE THE JUDGE THAT DAY The JUDGE only SEEN ABOUT twenty INMATES it's 3:30PM KNOW TIME to go So WHAT HAPPEN WAS COOK COUNTY CORRECTIONAL OFFICER TOID ME & SIXTEEN OTHER INMATES THAT THE JUDGE SAID THAT ARE CASES WERE Dismiss All ARE SIXTEEN CASES FOR ONES WHO DIDN'T SEE THE JUDGE THAT DAY. So Thats WHY I'm WRITE IS BECAUSE WHY WILL THAT OFFICER tell US A LIE ON A CIRCUIT COURT JUDGE OF THE STATE OF ILLINOIS. & HE LIE UNDER OATH IN THE COURTS BULLPIN ~~WERE THEY HOLD~~ ALL INMATE ON A ~~JUDGE WE CAME TO COURT~~ TO SEE THE JUDGE. IF WE CAN'T SEE HIM. THEy SHOUIDN'T LIE TO US STATEing ARE CASES Dismiss ON A JUDGE I'M Still IN PRIMARY HEARING THIS IS MY ThEiD TIME going IN FRONT OF THIS JUDGE & I'VE NOT BEEN RELEASE YET HOW MANY MORE TIME Do. I'VE TO go They ARE'NT COMEing TO COURT.

DETERTORINg SANDERS
I·D 2008·0003629 DIV-2·66 DORM²
P·O· BOX 089002
CHICAGO, ILL 60612

Part-A / Control #: _____ X _____

Referred To: _____

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: SAUNERS    First Name: Leterboring

ID #: 2008 -0003629    Div.: 14    Living Unit: 3F1K    Date: 06 / 21 / 08

BRIEF SUMMARY OF THE COMPLAINT: I WAS in Division #2 O-House
i Receive $20.00 on, 05-07-08 i still have the Receipt i suppose
to went to Commissary on 5-10-08 they Call me Down & Did'nt
have my commissary she told me she'll call me Back Down
when she find my Bag never call me Back Down. So that
monday i came to Division #14 talk to the Sociely work i
she told me that she was going to get my Funds Return
Back to me & i all so my clothes are missing i gave
her the Receipt she suppose to gave me a copy
and it be 1 month 1/2 half i aint got my money Refunded
or my clothing that i came in the county jail with i Just
need to know what happen to my money & clothes

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING:
that my money be Refunded & my clothes be giving Back to me

DETAINEE SIGNATURE: Deterting Sanders

C.R.W.'S SIGNATURE: _____    DATE C.R.W. RECEIVED: _____ / _____ / _____

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

CASE #
08C3318
I D 2008-0003298
#88C3398

I D

Part-A / Control #:_____ X _____

Referred To:_____

☑ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: SANDERS                    First Name: DETEKTORing

ID #: 2008-0003629   Div.: 2   Living Unit: GG   Date: 02 / 01 / 08

BRIEF SUMMARY OF THE COMPLAINT: I in Inquire about The Heat on
This Deck why The officer move us From A Heated Deck
To a Freezing Deck and They know The Heat was not working
because a Sargent came and gave Every Inmate a
Extra Blaket, why They couldn't put A rack on That
now it Inmate Sick The light keep flash off & on
in Freezing low Temperature if I was at Home
& The gas company cut off my light & Heat That
will be a Nature low rate can someone not
Explane to me There voilation
Sargent Davis

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
Fix The - Main Heat in This Ji and Temperature it
ACTION THAT YOU ARE REQUESTING:
About us Inmate in the cells way To got Heat They don't
Catch New cold

## DETAINEE SIGNATURE: _____

C.R.W.'S SIGNATURE:_____        DATE C.R.W. RECEIVED: ____ / ____ / ____

**Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.**
**All appeals must be made in writing and directly submitted to the Superintendent.**

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)