# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3318 | **DATE** | June 30, 2008 |
| **CASE TITLE** | Sanders v. Detective Cruz, *et al*. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion for leave to file *in forma pauperis* [3] is granted. The Court authorizes Cook County Jail officials to deduct $12.50 from Plaintiff's account. The Clerk shall send a copy of this Order to Elizabeth Hudson, Supervisor of Inmate Trust Fund Accounts, Cook County Dep't of Corrections Administrative Office, Division V, 2700 S. California, Chicago, IL 60608. The Clerk shall issue summonses to Defendants Cruz and Betty and attach a Magistrate Judge Consent Form to each summons. The Clerk shall also send Plaintiff a Magistrate Judge Consent Form and Instructions for Submitting Documents with a copy of this Order. Defendant Chicago Police Department is dismissed from this action.

■ [For further details see text below.]　　　　　　　　　　　　　　　　　　　　　　　　Docketing to mail notices.

## STATEMENT

Pursuant to 28 U.S.C. § 1915(b)(1), Plaintiff is assessed an initial partial filing fee of $12.50. The Supervisor of Inmate Trust Fund Accounts ("Supervisor") at the Cook County Jail is authorized to collect, when funds exist, the partial filing fee from Plaintiff's trust fund account and pay it directly to the Clerk of Court. After payment of the initial partial filing fee, the Supervisor is authorized to collect monthly payments from Plaintiff's trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments collected from Plaintiff's trust fund account shall be forwarded to the Clerk of Court each time the amount in the account exceeds $10.00 until the full $350.00 filing fee is paid. All payments shall be sent to Clerk of Court, United States District Court, 219 S. Dearborn St., Chicago, IL 60604, Attn: Cashier's Desk, 20th Floor, and shall clearly identify Plaintiff's name and the case number assigned to this action. The Supervisor shall notify state correctional authorities of any outstanding balance in the event Plaintiff is transferred to a state correctional facility.

The United States Marshals Service is appointed to serve Defendants. Any service forms that Plaintiff must complete will be sent by the U.S. Marshal. The U.S. Marshal is directed to make all reasonable efforts to serve Defendants. The Marshal is authorized to mail a request for waiver of service to Defendants in the manner prescribed by Fed. R. Civ. P. 4(d)(2) before attempting personal service.

Plaintiff is instructed to file all future papers relating to this action with the Clerk of Court in care of the Prisoner Correspondent. In addition, Plaintiff must send an exact copy of any filing to Defendants or, if represented by

| | Courtroom Deputy Initials: | CLH |
|---|---|---|

**STATEMENT**

counsel, to counsel for Defendants.  Plaintiff must include with the original filing a certificate of service stating to whom exact copies were mailed and the date of mailing.  Any paper that is sent directly to the Judge or otherwise fails to comply with these instructions may be disregarded by the Court or returned to Plaintiff.

Defendant Chicago Police Department is dismissed from this action because it is not a suable entity.  *See Chan v. Wodnicki*, 123 F.3d 1005, 1007 (7th Cir. 1997); *Gray v. City of Chicago*, 159 F. Supp.2d 1086, 1089 (N.D. Ill. 2001).