UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
JUN - 9 2008
JUN -9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FILED
JUNE 30, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Detertoring Sanders

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Chicago Police Department
Detective Cruz
Detective Betty

RP

Case No.: 08CV3318
(To be sup  JUDGE LINDBERG
MAG. JUDGE ASHMAN

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

    ✓    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
         U.S. Code (state, county, or municipal defendants)

         COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
         28 SECTION 1331 (a) U.S. Code (federal defendants)

         OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

1

I. Plaintiff(s):

   A. Name: Detertoring Sanders

   B. List all aliases: N/A

   C. Prisoner identification number: 2008-0003629

   D. Place of present confinement: Cook County Jail Facility

   E. Address: 2600 S California Chgo, IL, 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Detective Cruz
      Title: Officer of the Law
      Place of Employment: 51st & Wentworth Police Station

   B. Defendant: Detective Betty
      Title: Officer of the Law
      Place of Employment: 51st & Wentworth Police Station

   C. Defendant:
      Title:
      Place of Employment:

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES (X)   NO ( )   If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES (X)   NO ( )

C. If your answer is **YES**:

1. What steps did you take?

NOT pleading guilty to the charges That I didn't commit To

2. What was the result?

Case Still pending Trail set for July 8, 2008

3. If the grievance was not resolved to your satisfaction, did you appeal?

What was the result (if there was no procedure for appeal, so state.)

They have not made a discuss on the case

D. If your answer is **NO**, explain why not:

N/A

3

E. Is the grievance procedure now completed? YES ( )   NO (✓)

F. If there is no grievance procedure in the institution, did you complain to authorities? YES (✓)   NO ( )

G. If your answer is **YES**:

1. What steps did you take?

   TAlK To AN Attoney oF LAw So I wenT To LAw LiBRARy AND sHe TolD me whaT To Do

2. What was the result?

   file A Complian AgAinsT CHicAgo PoLice DepARTMenT ThAT why I'M wRite To Civil CouRTs

H. If your answer is **NO**, explain why not:

4

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state of federal Court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: Theft & Forgery 08CR0217501

B. Approximate date of filing lawsuit: 05-29-08

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Detertoring Sanders

D. List all defendants: Officer Cruz, Officer Betty

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District of Illinois Eastern Division

F. Name of judge to whom case was assigned: 

G. Basic claim made: $75,000.00

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Pending

I. Approximate date of disposition: July 8, 2008

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

V.   **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I receive a check in the mail from a mortgage company in the $8,800.00 dollar. I toke the check and cashed out at 71st & Western Currency Exchange in the amonte of $8,622.32 the lady behide window made some phone calls to valuefied the funds that on the check she & her co-worker countied out the money to me & gave it to me in a white enveloped. Now 1½ month later Detective Cruz & Betty put a most wanted warrentie out for my arrest. 61st Racine police stop me & lock me up. wait on Detective Cruz & Betty to charge me for a crime that I didn't commit so now I'm in County Jail. wait on prilimary hearing 3 times went to preisnary hearing no show up to court police or the company that sent me the check in the mail state indicment me. I been in Jail sense 01-15-08 they trying to get me to cop out at my last court date from 3 years to 2½ years to 2 years I told them I what to go to trial

VI. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Compensation for lost time of my life, lost my job, get behide on child support, have most wanted poster about me in my neiborhood for a crime I didnt commit

CERTIFICATION

By signing this Complaint, I certify that the facts in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  29  day of  MAY , 20 08

Detertoring Sanders
(Signature of plaintiff or plaintiffs)

DETERTORing SANDERS
(Print name)

2008-0003629
(I.D. Number)

6631 S Damen
Chicago, Ill, 60636
P.O. Box 089002   DIV 14  B1D 4 FIR 3
(Address)



## Cook County Department of Corrections
### RECORDS OFFICE
2700 S. California
Chicago, Illinois 60608
TX: (773) 869-6810
FAX: (773) 869-7292

## VERIFICATION OF INCARCERATION

CCDOC Number: 2008 0003629     Date: 4-27-08

Regarding: Sanders Deterldring     Date of Birth: 3-17-1976

Social Security Number: _____

**To whom it may concern:**
Pursuant to your request, the following information is submitted:

Date entered the Cook County Department of Corrections: 1-15-08

Date released: IN JAIL     How released: ___

Case/Indictment# 720 ILCS 5/16-1(a)(4)   Case/Indictment# ___

Charge(s): Theft worship Govt    Charge(s): ___

Disposition: Pending    Disposition: ___

Disposition Date: none    Disposition Date: ___

4/28/08

Form completed by: _____