Date 08-01-08

08-CV-3661 MHN
08-CV-03318
08cv 3318

To whom it's concern

I Detertoring Saunders is a prisoner at one of the States facility, I'm writing in regard to two of my civil cases which are case # 08CV3661, Judge Gottschall, and 08-CV-03318, Judge Lindberg case number 08c3318 I toke a pled breng on it so I can get home soon so they gave me a 2 years sentence on it and told me I have 61 days to do so I'm now in Vandalia Correctional Center, PO Box 500, Vandalia, Ill 62471 and the case i toke the pled on is case 08-CV-03318 which were theft, the other charge was found not guilt which were case # 08-CV-3661 A manufactor of develery of controll substance so now I going to end this letter hope to hear a respone thank you

Respectfuely
Detertory Saunders

PS I'll be writing again in 30 days from to days date with parole information my new address will be 6631 S. Damen, Chicago, Ill. 60636